**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Aaron Tokach, | ) | Case No. 1:07-cr-085-02 |
| | ) | |
| Defendant. | ) | |

___

On October 3, 2007, the defendant made his initial appearance on an Indictment charging him with the offense of conspiracy to possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. Pursuant to the inquiry into the financial resources of the defendant made at his initial appearance, the court concluded that it appears defendant may have the capability of contributing up to $5,000 towards the cost of his defense given the equity in his 2002 Toyota Camry automobile, which has been pledged as security for his pretrial release. The court will assess the final amount to be contributed towards the cost of his defense at the time of sentencing, if the defendant is convicted, or at the time of dismissal of the action. The clerk is instructed to continue to hold the title to the 2002 Toyota Camry as security for the payment until further order of the court.

In terms of meeting this obligation imposed by this order, the defendant may discharge it any time by the payment of $5,000 to the clerk of the court. However, if the defendant should choose that alternative, the clerk is instructed to continue to hold the title to vehicle until the defendant's obligations under the pretrial order for release have satisfied.

**IT IS SO ORDERED.**

Dated this 11th day of October, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge