# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No.: 1-07-cr-85 |
| Aaron Tokach, ) | |
| ) | |
| Defendant. ) | |

The court conducted an initial appearing on the government's petition for revocation of the Defendant's supervised release on June 7, 2018. For the reasons stated on the record, the Defendant shall be released pending the court's hearing on the petition, subject to his existing conditions of release.

**IT IS SO ORDERED.**

Dated this 7th day of June, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court